UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH, | : |
| Plaintiff, | : No. |
| -against- | : JURY TRIAL DEMANDED |
| VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO, | : |
| Defendants. | : |

---

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Helaba Invest Kapitalanlagegesellschaft mbH ("Helaba") certifies that (1) Helaba is wholly owned by Hessia-Thuringia (Landesbank Hessen-Thüringen), a German state bank; and (2) there is no publicly-held corporation that owns more than 10% of Helaba.

The undersigned, counsel of record for Helaba, certifies that they are not aware of any interested parties other than those participating in the case.

Dated:  New York, NY
       August 31, 2007

**GRANT & EISENHOFER P.A.**

By: _/s/_____
Stuart M. Grant (SG-8157)
James J. Sabella (JS-5454)
Diane Zilka (DZ-9452)
Christine M. Mackintosh
485 Lexington Avenue
29th Floor
New York, NY  10017
(646) 722-8500

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone:  (786) 235-5000
Facsimile:  (786) 235-5005

*Attorneys for Plaintiff*