## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 15, 2008, I caused a true and correct copy of the Individual Plaintiffs' Memorandum of Law in Opposition to Defendant Guillame Hannezo's Motion to Dismiss; and Declaration of Christine M. Mackintosh to be served upon the following by email and by electronic filing using the CM/ECF system:

| | |
|---|---|
| Arthur N. Abbey, Esq.<br>Abbey Spanier Rodd & Abrams LLP<br>212 East 39th Street<br>New York, NY  10016 | Penny Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Michael Spencer, Esq.<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY  10119 | Paul Saunders, Esq.<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019 |
| Brian C. Kerr, Esq.<br>Dreier LLP<br>499 Park Avenue<br>New York, NY  10022 | Michael J. Malone, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036 |
| Michael L. Calhoon, Esq.<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2400 | Martin L. Perschetz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY  10022 |
| John A. Kehoe, Esq.<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 | Anthony Harwood, Esq.<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY  10005 |
| William H. Narwold, Esq.<br>Motley Rice LLC<br>One Corporate Center<br>20 Church Street<br>Hartford, CT  06103 | Vincent R. Cappucci, Esq.<br>Entwistle & Cappucci LLP<br>280 Park Avenue<br>New York, NY  10017 |

                                                                              /s/ James J. Sabella
                                                                                James J. Sabella (JS 5454)