UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

| | | |
|---|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This Memorandum of Law relates to:<br><br>07 Civ. 5742   07 Civ. 7370<br>07 Civ. 7775   07 Civ. 7776<br>07 Civ. 7778   07 Civ. 7779<br>07 Civ. 7863   07 Civ. 7803<br>07 Civ. 8208   07 Civ. 8156<br>07 Civ. 9229   07 Civ. 8830<br>07 Civ. 9593   07 Civ. 10578<br>07 Civ. 10954  07 Civ. 10995<br>07 Civ. 11092  07 Civ. 11305<br>07 Civ. 11483  07 Civ. 11484<br>07 Civ. 11485  07 Civ. 11628<br>08 Civ. 0024   08 Civ. 0116<br>08 Civ. 0117   08 Civ. 0418<br>08 Civ. 1111   08 Civ. 0950<br>08 Civ. 01973  08 Civ. 1938<br>08 Civ. 01983  08 Civ. 01974<br>08 Civ. 01985  08 Civ. 01975 | | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

**NOTICE OF MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT AGAINST INDIVIDUAL PLAINTIFFS FOR FAILURE TO ESTABLISH LOSS CAUSATION**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated August 15, 2008, the Declaration of Harris M. Fischman, executed on August 15, 2008, with exhibits thereto, the Statement Pursuant to Civil Rule 56.1, and all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for summary judgment pursuant to Fed. R. Civ. P. 56(b) on claims brought by the

Plaintiffs in the above-captioned individual actions under Sections 11 and 12(a)(2) of the Securities Act of 1933, under Section 10(b) of The Securities and Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, Section 18 of the Securities and Exchange Act of 1934, as well as claims for common law fraud and negligent misrepresentation, as set forth in more detail in the accompanying memorandum of law; and granting such other and further relief as the Court deems just and proper.

August 15, 2008.

CRAVATH, SWAINE & MOORE LLP,

by  *Paul C. Saunders*
_____
Paul C. Saunders
Daniel Slifkin
Timothy G. Cameron
Members of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
psaunders@cravath.com

*Attorneys for Defendants Vivendi, S.A. and Universal Studios, Inc.*

WEIL GOTSHAL & MANGES LLP

James W. Quinn
Jonathan D. Polkes
Penny P. Reid

767 Fifth Avenue
New York, NY 10153
(212) 310-8000
james.quinn@weil.com

*Attorneys for Defendants Vivendi, S.A. and Universal Studios, Inc.*

2

KING & SPALDING LLP

Michael J. Malone
Paul A. Straus
Lisa Albert

1185 Avenue of the Americas
New York, NY 10036
(212) 556-2136
pstraus@kslaw.com

*Attorneys for Defendant Jean-Marie Messier*

SCHULTE ROTH & ZABEL LLP

Martin L. Perschetz
Michael E. Schwartz
Einat Philip

919 Third Avenue
New York, NY 10022
(212) 756-2247
martin.perschetz@srz.com

*Attorneys for Defendant Guillaume Hannezo*

TO:

Diane Zilka, Esq.
    Grant & Eisenhofer P.A.
       Chase Manhattan Centre
          1201 North Market Street
             Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Anthony J. Harwood, Esq.
   Labaton Sucharow LLP
      140 Broadway
         New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
   Motley Rice LLC
      28 Bridgeside Boulevard
         Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
   Schiffrin Barroway Topaz & Kessler, LLP
      280 King of Prussia Road
         Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*